[Nos. 18730-2-II; 18731-1-II.    Division Two.    November 15, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW L. GRAHAM, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. WENDY LYNN DAVIS, *Appellant*.

Appeals from judgments of the Superior Court for Thurston County, Nos. 94-1-00264-7 and 94-1-00265-5, Christine

A. Pomeroy, J., entered September 21, 1994. *Affirmed* by unpublished opinion per Seinfeld, C.J., concurred in by Turner and Armstrong, JJ.